145 So. 921

### Harvey McQUISTIAN v. STATE.
8 Div. 602.

Court of Appeals of Alabama.
Jan. 31, 1933.

RICE, J.
Appeal dismissed.

144 So. 924

### William MADDEN v. STATE.
5 Div. 891.

Court of Appeals of Alabama.
Nov. 29, 1932.

SAMFORD, J.
Affirmed.

141 So. 923

### D. A. MADISON, alias Madderson, v. STATE.
6 Div. 164.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Appeal dismissed.

143 So. 926

### J. J. MALPELI v. J. G. TIDWELL.
6 Div. 250.

Court of Appeals of Alabama.
Aug. 11, 1932.

R. P. Evans and W. L. Hogue, both of Birmingham, for appellant.
White E. Gibson, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

139 So. 920

### A. P. MANN v. J. L. GAITHER.
7 Div. 815.

Court of Appeals of Alabama.
Jan. 14, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 920

### John R. MAPLES v. STATE.
8 Div. 387.

Court of Appeals of Alabama.
Feb. 9, 1932.

BRICKEN, P. J.
Affirmed.

144 So. 924

### MARKEETA COAL CO. v. BELL TRUCKS.
6 Div. 351.

Court of Appeals of Alabama.
Nov. 1, 1932.

BRICKEN, P. J.
Appeal dismissed by consent of parties.

146 So. 922

### Gordon MARKS v. STATE.
8 Div. 598.

Court of Appeals of Alabama.
Feb. 7, 1933.

SAMFORD, Judge.
Affirmed.